NICHOLAS J. DELZOTTI
9-11 Franklin Street, Ste. 303B
P.O. Box 20117
Newark, New Jersey 07102
(973) 622-3464 Fax (973) 622-6422

| | |
|---|---|
| In Re:  DEIORIO, ROBERT D | UNITED STATES BANKRUPTCY COURT |
| DEIORIO, SHERRY | DISTRICT OF NEW JERSEY |
| | CHAPTER 7 |
| | : |
| | Case No: 13-14459 DHS |
| | : |
| | Donald H. Steckroth |
| | : |
| _____ | Hearing Date: |

**NOTICE TO UNITED STATES TRUSTEE OF CHANGE OF NO-ASSET
CHAPTER 7
CASE TO ASSET CHAPTER 7 CASE**

The above-entitled Chapter 7 case should be designated as an Asset Chapter 7 Case.

AMOUNT OF FUNDS ON HAND: $

If there are no funds on hand, but assets that will produce funds for this estate, indicate actual or estimated value of the assets:

ACTUAL VALUE:  $

ESTIMATED VALUE: $10,000.00

OTHER INFORMATION RELATING TO STATUS OF CASE:

           By:  /S/Nicholas J. Delzotti
               NICHOLAS J. DELZOTTI
               Chapter 7 Trustee

Dated:  05/13/2013