B27 (Official Form 27) (12/09)

## UNITED STATES BANKRUPTCY COURT

### District of New Jersey

In re Robert D. Deiorio,
                                  Debtor Case No. 13-14459-DHS
                                    Chapter 7

### REAFFIRMATION AGREEMENT COVER SHEET

This form must be completed in its entirety and filed, with the reaffirmation agreement attached, within the time set under Rule 4008. It may be filed by any party to the reaffirmation agreement.

1.       Creditor's Name: Capital One, N.A,

2.       Amount of the debt subject to this reaffirmation agreement:
$423,048.01 on the date of bankruptcy $423,048.01 to be paid under reaffirmation agreement

3.       Annual percentage rate of interest: 4.625% for original mortgage and note, _4.000_% under reaffirmation agreement ( ____ Fixed Rate _X_ Adjustable Rate)

4.       Repayment terms (if fixed rate): $_____ per month for _____ months

5.       Collateral, if any, securing the debt: Current market value: $444,000.00
Description: Principal Residence_____

6.       Does the creditor assert that the debt is nondischargeable? ___ Yes _X_ No
(If yes, attach a declaration setting forth the nature of the debt and basis for the contention that the debt is nondischargeable.)

| Debtor's Schedule I and J Entries | | Debtor's Income and Expenses as Stated on Reaffirmation Agreement | |
|---|---|---|---|
| 7A. | Total monthly income from Schedule I, line 16 | $10754.83 | 7B. Monthly income from all sources after payroll deductions $10754.83 |
| 8A. | Total monthly expenses from Schedule J, line 18 | $10738.08 | 8B. Monthly expenses $10738.08 |
| 9A. | Total monthly payments on reaffirmed debts not listed on Schedule J | $_____ | 9B. Total monthly payments on $_____ reaffirmed debts not included in monthly expenses |
| | | | 10B. Net monthly income $16.75 (Subtract sum of lines 8B and 9B from line 7B. If total is less than zero, put the number in brackets.) |

B27 (Official Form 27) (12/09) Page 2

11. Explain with specificity any difference between the income amounts (7A and 7B):

12. Explain with specificity any difference between the expense amounts (8A and 8B):

If line 11 or12 is completed, the undersigned debtor, and joint debtor if applicable, certifies that
any explanation contained on those lines is true and correct.

_____          _____
Signature of Debtor (only required if          Signature of Joint Debtor (if applicable, and
line 11 or 12 is completed)                          Only required if line 11 or 12 is completed)

Other Information

☐        Check this box if the total on line 10B is less than zero. If that number is less than zero, a
presumption of undue hardship arises (unless the creditor is a credit union) and you must explain with
specificity the sources of funds available to the Debtor to make the monthly payments on the
reaffirmed debt:

Was debtor represented by counsel during the course of negotiating this reaffirmation agreement?
__X__Yes_____No

If debtor was represented by counsel during the course of negotiating this reaffirmation agreement, has
counsel executed a certification (affidavit or declaration) in support of the reaffirmation agreement?
__X__Yes_____No

### FILER'S CERTIFICATION

I hereby certify that the attached agreement is a true and correct copy of the reaffirmation
agreement between the parties identified on this Reaffirmation Agreement Cover Sheet.

_____
Signature
ALEXANDRA GARCIA ESQ.
Print/Type Name & Signer's Relation to Case
MCCABE, WEISBERG & CONWAY, P.C.
ATTORNEY FOR CAPITAL ONE, N.A.