# LAVERY & SIRKIS

ATTORNEYS AT LAW

699 WASHINGTON STREET, Suite 102

HACKETTSTOWN, NEW JERSEY 07840

(908)-850-6161

FAX (908)-852-7423

JOAN S. LAVERY

-----------

July 8, 2013

Mr. Josh Moger
Email: Joshua.moger@capitalone.com

Re: Robert and Sherry Deiorio
   Case#13-14459

Dear Mr. Moger:

The above named client's Motion for Sanctions that was to be heard tomorrow will be heard on July 30, 2013 @ 10:00 a.m.

If you have any questions, please feel free to contact me.

Sincerely,

Joan Sirkis Lavery

JSL/kc